**MORAN KARAMOUZIS** LLP

ATTORNEYS AND COUNSELORS AT LAW

265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
516.678.6660
www.mka-law.com

April 2, 2024

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Court, Southern District of New York
500 Pearl Street, Room 1920
New York, New York 10007

      Re:  **Tasset Group Inc. v. Federal Deposit Insurance Corporation as receiver for Signature Bank and Signature Bridge Bank**
            C.A. No. **1:23**-cv-**11163 (JLR)**

Dear Judge Rochon:

      We represent Defendant Federal Deposit Insurance Corporation in its capacities as the Receivers for Signature Bank and Signature Bridge Bank ("FDIC-Receiver") in the above referenced matter. An Initial Conference is currently scheduled for April 9, 2024, before Your Honor. We write to respectfully request an adjournment of this Initial Conference. Although the complaint was filed on December 22, 2023, the FDIC-Receiver was not served with the complaint until March 14, 2024. As a result, the FDIC-Receiver's response to the complaint is currently due on May 16, 2024, more than a month after the scheduled conference date.[1] In addition, this Firm was recently retained by the FDIC-Receiver and we request additional time to adequately review Plaintiff's claims and to prepare for the conference.

      Prior to submitting this request, our office contacted Sheila Baynes, Attorney for Plaintiff, and she consented to this adjournment. This is the first request for adjournment that the FDIC-Receiver has made. The parties are available on the following dates to re-schedule the Initial Conference: May 29, May 30, and June 4, 2024.

      Should the Court have any questions or require additional information, please contact the

---

[1] Under Federal Rule of Civil Procedure 12(a)(2), the FDIC-Receiver has sixty days to respond to the complaint.

*The Hon. Jennifer L. Rochon*
*April 2, 2024*
*Page 2*

undersigned directly.  Otherwise, thank you for the Court's consideration and courtesy in this matter.

                                                  Very truly yours,

                                                  *Siobhan E. Moran*

                                                  Siobhan E. Moran

cc:  Sheila Baynes, (via ECF)
     Brian M. Feldman (via ECF)
     Rosemary Q. Barry, Esq. (via e-mail)

The request to adjourn the initial pretrial conference is GRANTED.  The initial pretrial conference shall now be held on **June 4, 2024**, at 11:00 a.m.

Dated:  April 2, 2024
        New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**